UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Steven Jacob Goldmann,   Civil No. 17-4151 (DWF/KMM)

          Plaintiff,

v.   **ORDER ADOPTING REPORT AND RECOMMENDATION**

Janell Mehlhoff, CNP, Medical Provider
Sherburne Co.; Diana VanDerBeek,
RN CCHP-RN, Sherburne County Sheriffs
Department; Brian Frank, Jail Administrator;
Thomas Zerwas, Jail Captain; Joel L. Brott,
Sheriff Sherburne County; Sherburne County
Sheriffs Department; and Pat Carr, Jail
Commander,

          Defendants.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Katherine M. Mendendez dated October 11, 2017. (Doc. No. 8.)  No objections have been filed to that Report and Recommendation in the time period permitted.  The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference.  Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

**ORDER**

1.    Magistrate Judge Katherine M. Menendez's October 11, 2017 Report and Recommendation (Doc. No. [8]) is **ADOPTED**.

2.      Defendant Sherburne County Sheriff's Department is **SUMMARILY DISMISSED** pursuant to 28 U.S.C. § 1915A.

Dated:  November 17, 2017            <u>s/Donovan W. Frank</u>
                                     DONOVAN W. FRANK
                                     United States District Judge