## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Steven Jacob Goldmann,　　　　　　　　　　Civil No. 17-4151 (DWF/KMM)

　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　**ORDER ADOPTING REPORT
　　　　　　　　　　　　　　　　　　　　AND RECOMMENDATION**

Janell Mehlhoff, Medical Provider Sherburne
Co.; Diana Vanderbeek, RN CCHP-RN,
Sherburne County Sheriff's Department;
Brian Frank, Jail Administrator; Thomas
Zerwas, Jail Captain; Joel L. Brott, Sheriff
Sherburne County; and Pat Carr, Jail
Commander;

　　　　　Defendants.

　　　The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Katherine M. Menendez dated May 16, 2018. (Doc. No. 43.) No objections have been filed to that Report and Recommendation in the time period permitted. The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference. Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

## ORDER

　　　1.　　Magistrate Judge Katherine M. Menendez's May 16, 2018 Report and Recommendation (Doc. No. [43]) is **ADOPTED**.

2. This action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute pursuant to Rule 41(b).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  June 14, 2018         s/Donovan W. Frank
                              DONOVAN W. FRANK
                              United States District Judge